```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                      Norfolk Division
```

UNITED STATES OF AMERICA

v.                                    ACTION NO. 2:05CR90

CHARLES GODBOLD,

       Defendant.

### O R D E R

    In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The Court concludes that the following facts require the detention of the defendant pending trial in this case.

    The Court FINDS that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that the defendant is both a danger of flight and an economic danger to the community. The United States presented evidence that the defendant has used the identity of several different persons to purchase houses, obtain credit cards, receive $40,000 in medical treatment, and for other fraudulent activities. The NCIC records list four different names for the defendant, three dates of birth, and four social security numbers. He also has a driver's license in the name of Roderick Campbell, who is a primary victim of this offense.

A search warrant executed at the time of the defendant's arrest revealed additional fraudulent documents, as well as a Glock 10 mm handgun with ammunition.

The defendant states that he was born in New York and he claims to have resided in Norfolk, Virginia since February of 2003. The defendant claims to be a self-employed clothes salesman; however, he does not have any business license to support this contention. He claims gross monthly income of about $1200.

The defendant claims no physical or mental health difficulties; however, in July of 2004 he was shot as a victim of a robbery attempt, was hospitalized for several weeks, and confined to a wheelchair for four months upon release. This medical treatment was provided to him under the name of Roderick Campbell, a person in New York, New York.

The defendant has no criminal convictions.

The Court FINDS that the defendant is a nonappearance risk due to the nature of the alleged present offense, his unsubstantiated means of support, his use of alias names, his possession of false identification documents (including driver's license), and his lack of a suitable residence or a third-party custodian.

In addition, the Court FINDS that the defendant is a danger to the community due to the nature of the alleged present offenses, his unsubstantiated means of support, his use of alias names, and the possession of a false driver's license and other identification

documents.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk shall mail or deliver a copy of this Order to the United States Attorney at Norfolk, to the United States Marshal at Norfolk, to the United States Pretrial Services Office at Norfolk, and to counsel of record for the defendant.

```
                        _____
                                    /s/
                        Tommy E. Miller
                        United States Magistrate Judge
```

Norfolk, Virginia

July 13, 2005

Nunc pro tunc July 12, 2005